IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL BALL**  **PETITIONER**
ADC #151663

v.   Case No. 5:14-cv-00187 KGB-JTK

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**[1]  **RESPONDENT**

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 10). After careful review of the Findings and Recommendations and the timely objections thereto (Dkt. No. 11), as well as a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and are hereby, approved and adopted in their entirety as this Court's findings in all respects. Accordingly, judgment shall be entered dismissing this complaint with prejudice. All pending motions are denied as moot.

IT IS SO ORDERED this 22nd day of April, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE

---

[1] Wendy Kelley became Director of the Arkansas Department of Correction on January 13, 2015, and is automatically substituted as respondent pursuant to Federal Rule of Civil Procedure 25(d).