IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL BALL**                                                                                                        **PETITIONER**
**ADC #151663**

v.                              Case No. 5:14-cv-00187 KGB-JTK

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                                      **RESPONDENT**

## JUDGMENT

Consistent with the Court's Order entered in this case on this date, it is considered, ordered, and adjudged that the Complaint is dismissed with prejudice. The Court will not issue a certificate of appealability because petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

IT IS SO ADJUDGED this 22nd day of April, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE